Linda J. Larkin, OSB No. 792954
E-Mail: larkinl@bennetthartman.com
Of Counsel, Bennett, Hartman, Morris & Kaplan, LLP
210 S.W. Morrison Street, Suite 500
Portland, Oregon 97204-3149
Telephone: (503) 227-4600
Facsimile: (503) 248-6800
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF SHEET METAL WORKERS LOCAL 16; TRUSTEES OF THE OREGON SHEET METAL WORKERS MASTER RETIREMENT TRUST; THE SHEET METAL WORKERS #16 HEALTH TRUST; THE DIRECTORS OF THE COLUMBIA CHAPTER OF THE SMACNA INDUSTRY FUND,<br><br>Plaintiffs,<br><br>v.<br><br>COQUILLE SHEET METAL, INC.,<br><br>Defendant. | Case No. CV 11-238-BR<br><br>GENERAL JUDGMENT |

Defendant, COQUILLE SHEET METAL, INC., has been regularly served with process and failed to appear and answer the Plaintiffs' Complaint filed herein. An Order of Default was entered against Defendant on the July 19, 2011, herein.

/ / /

GENERAL JUDGMENT                                                                                          Page 1 of 4

NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED, that Plaintiffs are awarded Judgment against Defendant in the following sums due:

1) Contributions due in the total sum of $8,713.36;

2) Liquidated damages due in the total sum of $1,953.53;

3) Interest, calculated through August 31, 2011, due in the total sum of $1,033.70; and

4) The sum of $1,496.50 for Plaintiff's attorney fees and the sum of $410.00 due for Plaintiff's costs incurred herein.

For a total Judgment due in the sum of $13,607.09 with interest thereon at the rate of .12 % per annum.

### MONEY AWARD

| | | |
|---|---|---|
| a. | Judgment Creditor: | Sheet Metal Workers Master Retirement Trust and Sheet Metal Workers #16 Health Trust c/o Linda J. Larkin, Attorney 210 SW Morrison Street, Suite 500 Portland, OR 97204 |
| b. | Attorney for Judgment Creditor: | Linda J. Larkin 503-227-4600 210 SW Morrison Street, Suite 500 Portland, OR 97204 |
| c. | Judgment Debtor: EIN: | Unknown |
| d. | Attorney for Judgment Debtor: | None. |
| e. | Person or Public Body Entitled to Portion of payment made on Judgment: | None. |
| f. | Amount of Money Award: | $13,607.09 |
| g. | Attorney fees: | In Judgment Amount |

h.  Costs Award:              In Judgment Amount

i.  Prejudgment Interest:     None.

j.  Post-Judgment Interest:   .12 simple per annum, from date of judgment until paid.

DATED this 12th day of September, 2011.

_____
The Honorable Judge Anna J. Brown
U.S. District Court Judge

Presented this 4th day of September, 2011.

_____
Linda J. Larkin, OSB No. 792954
Of Counsel, Bennett, Hartman, Morris & Kaplan, LLP
(503) 227-4600 phone
(503) 248-6800 fax
larkinl@bennetthartman.com email
Attorney for Plaintiffs