Linda J. Larkin, OSB No. 792954
E-Mail: larkinl@bennetthartman.com
Of Counsel, Bennett, Hartman, Morris & Kaplan, LLP
210 S.W. Morrison Street, Suite 500
Portland, Oregon 97204-3149
Telephone:  (503) 227-4600
Facsimile: (503) 248-6800
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF SHEET METAL WORKERS LOCAL 16; TRUSTEES OF THE OREGON SHEET METAL WORKERS MASTER RETIREMENT TRUST; THE SHEET METAL WORKERS #16 HEALTH TRUST; THE DIRECTORS OF THE COLUMBIA CHAPTER OF THE SMACNA INDUSTRY FUND, | Case No. CV 11-238-BR |
| Plaintiffs, | GENERAL JUDGMENT |
| v. | |
| COQUILLE SHEET METAL, INC., | |
| Defendant. | |

Defendant, COQUILLE SHEET METAL, INC., has been regularly served with

process and failed to appear and answer the Plaintiffs' Complaint filed herein.  An Order

of Default was entered against Defendant on the July 19, 2011, herein.

/ / /

GENERAL JUDGMENT                                                    Page 1 of 4

NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED, that Plaintiffs are awarded Judgment against Defendant in the following sums due:

1)    Contributions due in the total sum of $8,713.36;

2)    Liquidated damages due in the total sum of $1,953.53;

3)    Interest, calculated through August 31, 2011, due in the total sum of $1,033.70; and

4)    The sum of $1,496.50 for Plaintiff's attorney fees and the sum of $410.00 due for Plaintiff's costs incurred herein.

For a total Judgment due in the sum of $13,607.09 with interest thereon at the rate of _.12_ % per annum.

## MONEY AWARD

| | | |
|---|---|---|
| a. | Judgment Creditor: | Sheet Metal Workers Master Retirement Trust and Sheet Metal Workers #16 Health Trust c/o Linda J. Larkin, Attorney 210 SW Morrison Street, Suite 500 Portland, OR 97204 |
| b. | Attorney for Judgment Creditor: | Linda J. Larkin 503-227-4600 210 SW Morrison Street, Suite 500 Portland, OR 97204 |
| c. | Judgment Debtor: EIN: | Unknown |
| d. | Attorney for Judgment Debtor: | None. |
| e. | Person or Public Body Entitled to Portion of payment made on Judgment: | None. |
| f. | Amount of Money Award: | $13,607.09 |
| g. | Attorney fees: | In Judgment Amount |

GENERAL JUDGMENT                                             Page 2 of 4

h.    Costs Award:                    In Judgment Amount

i.    Prejudgment Interest:           None.

j.    Post-Judgment Interest:         ___.\2___ simple per annum, from date of
                                      judgment until paid.

DATED this _12th_ day of September, 2011.

_____
The Honorable Judge Anna J. Brown
U.S. District Court Judge

Presented this _4th_ day of September, 2011.

_____
Linda J. Larkin, OSB No. 792954
Of Counsel, Bennett, Hartman, Morris & Kaplan, LLP
(503) 227-4600 phone
(503) 248-6800 fax
larkinl@bennetthartman.com email
Attorney for Plaintiffs

GENERAL JUDGMENT                                      Page 3 of 4